(76 South. 928)

CALDWELL et al. v. CALDWELL et al.
(8 Div. 19.)

(Supreme Court of Alabama.    Nov. 15, 1917.)

APPEAL AND ERROR ⬤⟐1009(2) — WEIGHT OF EVIDENCE—EQUITY CASES.

Where the Supreme Court are persuaded that disputed facts on the whole were found correctly, a decree of a chancellor will be affirmed, although some of the evidence might have supported a different finding.

Appeal from Circuit Court, Jackson County;   James E. Horton, Jr., Judge.

Suit by G. B. Caldwell and another against D. K. Caldwell and another.   From a decree for respondents, the complainants appeal. Affirmed.

John B. Tally, of Scottsboro, for appellants. Milo Moody and Lawrence E. Brown, both of Scottsboro, for appellees.

MAYFIELD, J.   This is the fifth appeal in this case.    See 72 South. 621,[1] 183 Ala. 590, 62 South. 951, 173 Ala. 216, 55 South. 515, 157 Ala. 119, 47 South. 268, for reports of former appeals.   There is no new question of law involved on this appeal.   While we are urged by counsel to review the questions of law on this appeal because we fell into error in the decisions of the other appeals, we are not inclined to recede from the rulings on the other appeals.

The chancellor and the register evidently attempted to follow up the case according to the law as heretofore declared by this court, and to the instructions as to stating the accounts.   While we concede that it is a troublesome case, involving difficult and complex questions as to both the law and the facts, we are not prepared to say that either the chancellor or the register erred as to findings of facts, or that there is any error for which the appellants should obtain a reversal of the decree.   It is true, as pointed out by learned counsel, that there is evidence in the record which would support a different finding—some more favorable to appellants— but there is other evidence not so favorable to them.   But, on the whole, we are persuaded that the disputed facts were found correctly, and that the decree was entered correctly upon the facts as found.

Affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

---

(76 South. 928)

BOWEN v. EVANS.    (5 Div. 679.)

(Supreme Court of Alabama.    Nov. 15, 1917.)

DETINUE ⬤⟐18—BURDEN OF PROOF.

In an action of detinue to recover a bale of cotton, the burden of proof is upon plaintiff to establish his title to the specific cotton.

Appeal from Circuit Court, Elmore County;   Leon McCord, Judge.

Action by F. L. Bowen against Cluster Evans.   Judgment for defendant, and plaintiff appeals.   Transferred from the Court of Appeals under section 6, Act April 18, 1911, p. 449.   Affirmed.

T. G. Hilyer, of Tallassee, for appellant. P. K. Shirley, of Wetumpka, for appellee.

THOMAS, J.   The question presented is one of fact.   Appellant brought an action of detinue against appellee to recover one bale of cotton.   Appellant claimed title to the cotton under a mortgage by one Evans to appellant, executed on the 2d day of January, 1915, and recorded on the 5th day of the same month.   The possession of the cotton by defendant was admitted on the trial.

The burden of proof was on the plaintiff to establish his title to the specific cotton.   After a careful examination of the evidence, we are of the opinion that he has failed to do this.   The circuit court, trying without a jury, reached the right conclusion and rendered proper judgment.

Affirmed.

ANDERSON, C. J., and MAYFIELD and SOMERVILLE, JJ., concur.